# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

*Sisemore v. Bayer Corp. et al.,* No. 3:09-cv-10096-DRH-PMF

Judge David R. Herndon

**ORDER**

## ORDER

**HERNDON, Chief Judge:**

On December 22, 2010, Plaintiff filed a motion to vacate (Doc. 33) the order of dismissal entered on November 29, 2010 (Doc. 32) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12.  Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (Doc. 33).  To date, Bayer has not responded to Plaintiff's

motion to vacate.  Accordingly, the Court hereby **VACATES** the Order dismissing without prejudice Plaintiff Jennifer Sisemore's case (Doc. 32) and thereby **REINSTATES** her case.

**SO ORDERED:**

David R. Herndon
2011.01.24
11:47:51 -06'00'

**Chief Judge**  **Date: January 24, 2011**
**United States District**